In re WOODRUFF. (Supreme Court, Appellate Division, Fourth Department. April 4, 1901.) In the matter of the application of Sidney H. Woodruff, for the removal, etc., of Everard C. Denison, etc.

PER CURIAM. Motion for restitution granted, with $10 costs, to be paid by Sidney H. Woodruff to the petitioning tenants, providing the petitioning tenants, upon being let into possession of the premises, pay to their landlord or his attorney $166.66 for rent for the month of May, 1900, and also a like sum for payment in advance of the first month's rent after their restitution to possession, unless the appellant, Sidney H. Woodruff, within 10 days hereof gives an undertaking to said tenants in the penalty of $2,000, to be approved by a justice of the supreme court in the Eighth Judicial district, conditioned to pay any damages which may be recovered by said tenants or their assigns by reason of their eviction from said premises and being kept out of the possession thereof by said Woodruff, in which case the motion for restitution is denied, without costs.

In re WOODY. (Supreme Court, Appellate Division, Second Department. March 5, 1901.) In the matter of the application of Robert H. Woody for admission to practice in courts of record in the state of New York. No opinion. Motion granted.

WOOLVERTON, Respondent, v. AUSTIN, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by Andrew W. Woolverton against Thomas Austin. No opinion. Motion denied, but order amended, so as to provide that the referee be discharged.

WOOSTER, Respondent, v. ULLMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Action by John E. Wooster against Louis Ullman and others. E. J. Myers, for appellants. H. K. Coddington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

YARD, Respondent, v. YARD, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Wilson R. Yard against Annie M. Yard. No opinion. Judgment affirmed, with costs.